Nos. 498, 499 and 500.   BARTLETT, TRUSTEE, *v.* GROSS INCOME TAX DIVISION ET AL.                    *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for the want of a substantial federal question. *Raymond Harkrider* and *Owen W. Crumpacker* for appellant. *J. Emmett McManamon,* Attorney General of Indiana, and *John J. McShane, Lloyd C. Hutchinson* and *Joseph E. Nowak,* Deputy Attorneys General, for the Gross Income Tax Division, appellee.

No. 503.   GLANTZ *v.* MICHIGAN CORPORATION & SECURITIES COMMISSION ET AL.                    *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. . Appellant *pro se. Frank G. Millard,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for appellees.

